# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2023-1743
Lower Tribunal No. 19-CF-014340

———————————————

ADAM MITCHELL SOULES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Lee County.
Margaret O. Steinbeck, Judge.

December 23, 2025

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Samantha Stevins, Special Assistant Public Defender, and Rachel P. Roebuck, Assistant Public Defender, Bartow, for Appellant.

Adam Mitchell Soules, Lake City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Manager II Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED